# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling Division

RICHARD C. BREIDING,

    Plaintiff,

v.   Civil Action No. 5:21-cv-00046

CREDIT ONE BANK, N.A. and
TRANS UNION LLC,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, RICHARD C. BREIDING, by Counsel, hereby notifies the Court that he has reached a settlement that resolves his claims against Defendant TRANS UNION, LLC only.

The parties are diligently working to complete a Settlement Agreement and Mutual Release which is being prepared and will be agreed upon by undersigned counsel. Pending endorsement of the settlement agreement, the parties shall timely file the proper form of dismissal.

    Respectfully submitted,

    /s/ *Thomas E. McIntire*
    Thomas E. McIntire (WV Bar #2471)
    Thomas E. McIntire & Associates, L.C.
    82 ½ Fourteenth Street
    Wheeling, WV 26003
    Telephone: (304) 232-8600
    Fax: (800) 890-7276
    Email: tom@mcintirelaw.com
    *Counsel for Plaintiff*